**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00235-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEROME ALLEN MOORE,

      Defendant.

---

**ORDER**
**FOR COMPETENCY EXAMINATION AND DETERMINATION**

---

**Blackburn, J.**

This matter is before me on the **Motion for Psychiatric or Psychological Examination And Determination of Competency** [#40] filed October 10, 2007, by counsel for the defendant.  I may order a competency hearing ". . . if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." **18 U.S.C. § 4241(a)**.  Based on the averments stated in the motion, such reasonable cause exists under 18 U.S.C. § 4241(a). Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under  18 U.S.C. § 3161(c).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Psychiatric or Psychological Examination And Determination of Competency** [#40] filed October 10, 2007, by counsel for the defendant is granted;

2.  That pursuant to 18 U.S.C. 4241(a), a hearing to determine the competency of the defendant shall be conducted on **December 14, 2007**, at **8:30 a.m.**;

3. That pursuant to 18 U.S.C. § 4241(c), the hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d);

4. That prior to the competency hearing and pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric or psychological examination shall be conducted by a licensed or certified  psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

5. That the defendant, who is in the custody of the Attorney General, shall be placed forthwith at the Federal Correctional Institution,[1] 9595 W. Quincy Avenue, Englewood, Colorado 80123, or at some other suitable facility, for a period not to exceed thirty (30) days to facilitate the psychiatric or psychological examination and to implement the orders of this court;

6. That the licensed or certified psychiatrist or psychologist conducting the psychiatric or psychological examination shall be granted reasonable access to the defendant to facilitate the psychiatric or psychological examination and to implement the orders of this court;

---

[1]	Under **Fed.R.Evid. 201**, I take judicial notice that the Federal Correctional Institution is a "suitable facility" as defined by 18 U.S.C. § 4247(a)(2) and as required by 18 U.S.C. § 4247(b).

7. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a psychiatric or psychological report shall be prepared by the licensed or certified psychiatrist or psychologist and shall be filed with the court, with copies to counsel for the government and the defendant;

8. That pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4),[2] the psychiatric or psychological report shall include the following:

     a.  The defendant's history and present symptoms;

     b.  A description of the psychiatric, psychological, and medical tests that were employed and their results;

     c.  The examiner's findings;

     d.  The examiner's opinions as to the diagnosis and prognosis; and

     e. The examiner's opinion about whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

9. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which  trial must commence under 18 U.S.C. § 3161(c).

Dated October 10, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[2]    Because 18 U.S.C. § 4241 is apposite, then the examiner must opine as to competency as required by 18 U.S.C. § 4247(c)(4)(A).