IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00235-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JEROME ALLEN MOORE,

 Defendant.

## ORDER

On March 19, 2008, the matter was before me on **Defendant's Motion Asserting A Violation of 18 U.S.C. § 4241(d)(I) and Requesting Appointment of a Guardian Ad Litem** [#58], filed March 10, 2008. On March 19, 2008, I granted the motion (*see* Order [#61] entered March 19, 2008): (1) I held that the BOP violated 18 U.S.C. § 4241(d); (2) I appointed a GAL for defendant; and (3) I set a status conference for March 28, 2008. The GAL filed his report and recommendations on March 27, 2008. *See* Report [#68].

On March 28, 2008, I held a status conference during which the report and recommendations of the GAL were discussed. The government and defendant agreed that the recommendations of the GAL should be ordered and implemented. To facilitate the implementation of the recommendations, defendant waived his right to an examination and hearing within the time required by my order [#49] entered November

7, 2007, and by 18 U.S.C. § 4247(b).

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendations presented in the **Report of the Guardian Ad Litem for Jerome Allen Moore** [#68], filed March 27, 2008, are **APPROVED** and **ORDERED IMPLEMENTED** effective forthwith;

2. That defendant's waiver of the right to an examination and hearing within the time required by my order [#49] entered November 7, 2007, and by 18 U.S.C. § 4247(b) is **ACCEPTED**;

3. That the previously ordered psychiatric or psychological examination of the defendant and the concomitant psychiatric or psychological report shall be completed and filed by April 14, 2008; and

4. That this case is continued to April 18, 2008, at 8:30 a.m., when the court shall consider, *inter alia*, whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the case to proceed.

March 28, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**