# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00235-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEROME ALLEN MOORE,

        Defendant.

---

**ORDER AUTHORIZING ENTRY TO THE FEDERAL DETENTION CENTER BY REPRESENTATIVES OF WOODRIDGE PARK LONG TERM CARE FACILITY**

---

On unopposed motion by the defendant, Jerome Moore, and good cause appearing,

**IT IS ORDERED** that

Brian McRae, Social Services Worker, Javon Buttry, Missions Coordinator, and Lydia O'Leary, LPN, Staff Development Coordinator, from Woodridge Park long term care facility, 7150 Poplar Street, Commerce City, Colorado 80022, be allowed entry to the Federal Detention Center, Englewood, Colorado, on June 5, 2008, to meet with Jerome Moore, register number 34346-013, for purposes of conducting an evaluation to determine his suitability for placement at their facility.

Dated May 29, 2008.

By the Court:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge