IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00235-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEROME ALLEN MOORE,

        Defendant.

## ORDER EXTENDING RESIDENTIAL REENTRY CENTER PLACEMENT

**Blackburn, J.**

    At the supervised release violation hearing held on June 11, 2008, the court ordered that the defendant be placed in the Independence House Residential Reentry Center (RRC) for a period of not more than 30 days to facilitate and implement the residential, medical, and mental health treatment plan articulated by defense counsel and approved by the court. However, the defendant has been unable to establish a viable release plan within this time frame. The probation officer, defense counsel, and defendant agree (1) that additional time is necessary to promulgate and implement a reasonable, appropriate, and viable release plan; and (2) that until such a plan is promulgated and implemented, the defendant should remain in the RRC.

    **THEREFORE, IT IS ORDERED** as follows:

    1. that by agreement of all parties in interest, the defendant's extant RRC placement is extended for a period not to exceed 180 days, commencing July 17, 2008;

    2. that defendant's probation officer shall have the discretion to authorize the defendant's early release from the RRC if it is determined that the defendant has developed a viable release plan; and

    3. that the defendant shall comply with the rules, regulations, policies, directives, and orders of the RRC.

    DATED at Denver, Colorado, this 16th day of July, 2008.

                              **BY THE COURT:**

                              **s/ Robert E.Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**